**FILED**

## *United States District Court*

FEB 1 3 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

_____ NORTHERN _____ DISTRICT OF_____ _____ CALIFORNIA ____

UNITED STATES OF AMERICA
V.

ERNESTO R. RODRIQUEZ
**401 28th Ave., #1**
**San Francisco, CA 94121**
(Name and Address of Defendant)

Venue: SAN FRANCISCO

# **CRIMINAL COMPLAINT** MEJ

CASE NUMBER:  3 07 70083

I, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about February 13, 2007 in San Francisco County, in the Northern District of California defendant(s) did, while in the territorial jurisdiction of the United States, knowingly caused another person to engage in a sexual act by using force against that person,

in violation of Title 18 United States Code, Section 2241(a)(1) .

I further state that I am a United States Park Police Detective and that this complaint is based
on the following facts:

### See attached Affidavit in Support of Criminal Complaint

Maximum Penalties:
Title 18 USC Section 2241(a):
Life Imprisonment; $250,000 fine; 5 years supervised release; and $100 special assessment fee

APPROVED AS TO FORM: _____
                      Derek Owens, SAUSA

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Warrant of Arrest Requested:     ☐ Yes ☒ No
        Bail Amount: N/A

_____
Signature of Complainant, Robert O'Connor

Sworn to before me and subscribed in my presence,

February  1 3 2007 _____     at   San Francisco, California
Date                                                 City and State

**Maria-Elena James**
**United States Magistrate Judge** _____
Name & Title of Judicial Officer

_____
Signature of Judicial Officer

**UNITED STATES DISTRICT COURT**    )

                                           ) **ss. AFFIDAVIT**

**NORTHERN DISTRICT OF CALIFORNIA**   )

      I, Robert O'Connor, being duly sworn do hereby depose and state as follows:

### Purpose of Affidavit

1. This affidavit establishes probable cause to arrest ERNESTO RODRIQUEZ for violating Title 18 U.S.C., § 2241(a)(1) - Aggravated Sexual Abuse, when he knowingly caused Victim to engage in a sexual act by using force against her, while in an area of the Presidio Trust. This affidavit is based in part on personal knowledge, interviews, and reviews of documents and records, and does not contain every fact, piece of information or evidence concerning this alleged violation.

### Affiant Background

2. I am a Detective assigned to law enforcement duties with the United States Park Police, Presidio Trust, Golden Gate National Recreation Area. I have been so employed as a law enforcement officer since 1987. I have been assigned to the Criminal Investigations Branch since April 2002, with specialized training in Investigations (80 hours) and Interview Techniques (40 hours). Based on my investigation I learned the following:

### Case Facts and Evidence

3. On February 13, 2007, at approximately 1:30 a.m., I received a phone call from U.S. Park Police Sgt. Quinn regarding a sexual assault. The female victim ("Victim"), who was at the San Francisco General Hospital Rape Crisis Unit, had been picked up by an individual in a vehicle described as "dark green, blue or black Geo" on Pine and Van Ness Streets in San Francisco. The suspect was described as Hispanic male, late forties, wearing a tan, long-sleeve sweater, blue jeans, and a black belt.

4. The suspect (later identified as RODRIQUEZ) then drove Victim to the area of Pop Hicks Field on the Presidio, told Victim he was a police officer, and forced her to perform an oral sexual act. RODRIQUEZ pulled his pants down, and grabbed Victim by the head and neck, and forced her to have oral sex. Victim struggled with RODRIQUEZ and begged him to let her go. RODRIQUEZ began to drive away as Victim attempted to get out of the vehicle. The victim hit RODRIQUEZ in the right temple with her right hand. He then struck her above the left cheek, and put her in a headlock. RODRIQUEZ told the victim "if you don't stop struggling, I'm really going to hurt you." As the car was slowly rolling away from the scene, the Victim was able to jump out of the car, run, and call "911".

5. I spoke with Sgt. Quinn about a similar incident occurring several months ago where a female victim was picked up in a green Geo Metro and performed oral sex

on a suspect at Pop Hicks Field on the Presidio. The suspect in that case claimed
to be a police officer, threatened the victim with criminal prosecution, and told her
to get out of the vehicle after the sexual act. The victim of that previous incident
recalled the right passenger mirror missing from the Geo.

6.  After the reported incident, a lookout was placed for a green Geo Metro. At
    approximately 2:30 a.m., U.S. Park Police Officer Chang (812A), who received an
    earlier description of the suspect vehicle from U.S. Park Police Communications,
    observed a Green Geo Metro driving down the Great Highway in San Francisco.
    Chang pulled up next to the individual and observed that the driver matched the
    description of the suspect in the reported assault. Officer Chang stopped the
    vehicle, and identified the driver as Ernesto RODRIQUEZ. The vehicle was
    missing a right passenger side mirror consistent with the previous assault.
    RODRIQUEZ was described as a Latin male, thirty-nine years old, 6'0", 190lbs.,
    short hair, wearing a beige sweater with blue jeans.

7.  RODRIQUEZ was searched by Officer Velez at the scene. Officer Velez
    recovered a ripped up California driver's license in RODRIQUEZ' right front
    pants pocket belonging to Victim. Officer Velez asked RODRIQUEZ about the
    girl in the driver's license, and RODRIQUEZ replied, "It's a girl I know...She's a
    prostitute."

**Conclusion**

Based on the above facts, there is probable cause to believe that on February 13,
2007, ERNESTO RODRIQUEZ, did, while in the territorial jurisdiction of the
United States, knowingly cause Victim to engage in a sexual act by using force
against her, in violation of Title 18 U.S.C., § 2241(a)(1). I declare under the
penalty of perjury under the laws of the United States that the foregoing is true and
correct.

Under penalty of perjury, I swear that the foregoing is true and correct to the best of
my knowledge, information and belief.

ROBERT O'CONNOR
Detective, United States Park Police

SUBSCRIBED AND SWORN BEFORE ME
ON February *15*, 2007

THE HONORABLE MARIA-ELENA JAMES
United States Magistrate Judge
Northern District of California