1  SCOTT N. SCHOOLS (SCBN 9990)
   Interim United States Attorney
2
3  MARK KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-6488
7  Fax: (415) 436-7234
   derek.owens@usdoj.gov
8
9  Attorneys for Plaintiff

**FILED**

FEB 28 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

10              UNITED STATES DISTRICT COURT
11              NORTHERN DISTRICT OF CALIFORNIA
12                  SAN FRANCISCO DIVISION

13
14  UNITED STATES OF AMERICA,           )   CR No.: 3-07-70083 MEJ
                                        )
15              Plaintiff,              )   STIPULATION AND [PROPOSED]
                                        )   ORDER EXCLUDING TIME
16        v.                            )
                                        )
17  ERNESTO R. RODRIGUEZ,               )
                                        )
18                                      )
                Defendant.              )
19  _____)

20
21      On February 15, 2007, the parties in this case appeared before the Court for a detention
22  hearing. At that time, the parties requested and the Court agreed to continue the hearing to
23  February 22, 2007. The parties further stipulated that pursuant to Federal Rule of Criminal
24  Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from February 15,
25  2007, to and including February 22, 2007. The parties agree that – taking into account the public
26  interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant
27  also agrees to exclude for this period of time any time limits applicable under Title 18, United
28  States Code, Section 3161. The parties represented that granting the continuance was the

Stipulation and [Proposed] Order

1  reasonable time necessary for continuity of defense counsel and effective preparation of defense
2  counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
3  The parties also agreed that the ends of justice served by granting such a continuance
4  outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §
5  3161(h)(8)(A).
6  SO STIPULATED:

7                                    SCOTT N. SCHOOLS
                                      Interim United States Attorney
8
9  DATED: 2/23/2007              /s/ Derek Owens

10                                   DEREK OWENS
                                      Special Assistant United States Attorney

11 DATED: 2/26/2007              /s/ Steven Koeninger
12                                   STEVEN KOENINGER
                                      Federal Public Defender
13

14     For the reasons stated above, the Court finds that an exclusion of time from February 15,
15 2007, to and including February 22, 2007, is warranted and that the ends of justice served by the
16 continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18
17 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would
18 deny Mr. Rodriguez continuity of counsel and would deny defense counsel the reasonable time
19 necessary for effective preparation, taking into account the exercise of due diligence, and would
20 result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

21
22 SO ORDERED.
23 DATED: 2-28-07
                                      THE HON. MARIA-ELENA JAMES
24                                    United States Magistrate Judge
25
26
27
28

Stipulation and [Proposed] Order