| | |
|---|---|
| 1 | SCOTT N. SCHOOLS (SCBN 9990)<br>Interim United States Attorney |
| 2 | |
| 3 | MARK KROTOSKI (CASBN 138549)<br>Chief, Criminal Division |
| 4 | DEREK R. OWENS (CASBN 230237)<br>Special Assistant United States Attorney |

**FILED**

FEB 2 8 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-6488
Fax: (415) 436-7234
derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,           )    CR No.: 3-07-70083 MEJ
                                    )
          Plaintiff,                )    STIPULATION AND [PROPOSED]
                                    )    ORDER EXCLUDING TIME
     v.                             )
                                    )
ERNESTO R. RODRIGUEZ,               )
                                    )
          Defendant.                )
_____)

On February 15, 2007, the parties in this case appeared before the Court for a detention hearing. At that time, the parties requested and the Court agreed to continue the hearing to February 22, 2007. The parties further stipulated that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from February 15, 2007, to and including February 22, 2007. The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension. Defendant also agrees to exclude for this period of time any time limits applicable under Title 18, United States Code, Section 3161. The parties represented that granting the continuance was the

Stipulation and [Proposed] Order

1 | reasonable time necessary for continuity of defense counsel and effective preparation of defense
2 | counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
3 | The parties also agreed that the ends of justice served by granting such a continuance
4 | outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §
5 | 3161(h)(8)(A).
6 | SO STIPULATED:

SCOTT N. SCHOOLS
Interim United States Attorney

DATED: 2/23/2007            /s/ Derek Owens
                            _____
                            DEREK OWENS
                            Special Assistant United States Attorney

DATED: 2/26/2007            /s/ Steven Koeninger
                            _____
                            STEVEN KOENINGER
                            Federal Public Defender

For the reasons stated above, the Court finds that an exclusion of time from February 15, 2007, to and including February 22, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Rodriguez continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.
DATED: 2-28-07

_____
THE HON. MARIA-ELENA JAMES
United States Magistrate Judge

Stipulation and [Proposed] Order