GAYLE GUTEKUNST, SB #91826
506 Broadway
San Francisco, CA 94133
415-986-5591

ROBERT ÁMPARAN, SB #172132
506 Broadway
San Francisco, CA 94133
415-986-5591

Attorneys for Defendant RODRIGUEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

– SAN FRANCISCO DIVISION –

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO R. RODRIGUEZ,<br><br>Defendant. | CR No. 3-07-70083 MEJ<br><br>SUBSTITUTION OF ATTORNEYS |

I, ERNESTO RODRIGUEZ, herewith substitute Gayle Gutekunst (506 Broadway, San Francisco, CA 94133, 415-986-5591, gutekunst@gutekunstlaw.com) and Robert Ámparan (506 Broadway, San Francisco, CA 94133, 415-986-5591, amparanlaw@gmail.com) as my attorneys to represent me in this matter in the place and stead of the Federal Public Defender, effective February 28, 2007.

Dated: 3/17/07

_____
ERNESTO R. RODRIGUEZ

//

//

//

I consent to this Substitution.

Dated:_____

STEVEN KOENINGER,
Federal Public Defender

Dated: 3-15-07

GAYLE GUTEKUNST,
Attorney at Law

Dated: 3-15-07

ROBERT AMPARAN,
Attorney at Law

Dated: 3/28/7



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2