1  SCOTT N. SCHOOLS (SCBN 9990)
   Interim United States Attorney
2
3  MARK KROTOSKI (CASBN 138549)
   Chief, Criminal Division
4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
6     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
      Telephone: (415) 436-6488
7     Fax: (415) 436-7234
      derek.owens@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
14  UNITED STATES OF AMERICA,        )   CR No.: 3-07-70083 MEJ
                                     )
15             Plaintiff,            )   STIPULATION AND [PROPOSED]
                                     )   ORDER EXCLUDING TIME
16         v.                        )
                                     )
17  ERNESTO R. RODRIGUEZ,            )
                                     )
18             Defendant.            )
19  _____  )

20

21      On February 28, 2007, the parties in this case appeared before the Court for a detention

22  hearing.  At that time, the parties requested and the Court agreed to continue the hearing to

23  March 14, 2007.  The parties further stipulated that pursuant to Federal Rule of Criminal

24  Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from February 28,

25  2007, to and including March 15, 2007.  The parties agree that – taking into account the public

26  interest in prompt disposition of criminal cases – good cause exists for this extension.  Defendant

27  also agrees to exclude for this period of time any time limits applicable under Title 18, United

28  States Code, Section 3161.  The parties represented that granting the continuance was the

Stipulation and [Proposed] Order

1  reasonable time necessary for continuity of defense counsel and effective preparation of defense
2  counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).
3  The parties also agreed that the ends of justice served by granting such a continuance
4  outweighed the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §
5  3161(h)(8)(A).
6  SO STIPULATED:

                                                SCOTT N. SCHOOLS
                                                Interim United States Attorney

       DATED: 3/2/2007                          /s/ Derek Owens
                                                _____
                                                DEREK OWENS
                                                Special Assistant United States Attorney

       DATED: 3/14/2007                         /s/ Gayle Gutekunst
                                                _____
                                                GAYLE GUTEKUNST
                                                ROBERT M. AMPARAN
                                                Attorneys for Enrique Rodriguez

   For the reasons stated above, the Court finds that an exclusion of time from February 28, 2007, to and including March 15, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(8)(A); FRCP 5.1(d). The failure to grant the requested continuance would deny Mr. Rodriguez continuity of counsel and would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____                            _____
                                                THE HON. MARIA-ELENA JAMES
                                                United States Magistrate Judge

Stipulation and [Proposed] Order