1  SCOTT N. SCHOOLS (SCBN 9990)
   Interim United States Attorney

2

3  MARK KROTOSKI (CASBN 138549)
   Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney

5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       derek.owens@usdoj.gov

8
   Attorneys for Plaintiff

9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                    SAN FRANCISCO DIVISION

13

   UNITED STATES OF AMERICA,        )      CR No.: 3-07-70083 MEJ
14                                   )
                                     )
15            Plaintiff,             )      STIPULATION AND [PROPOSED]
                                     )      ORDER EXCLUDING TIME
16         v.                        )
                                     )
17  ERNESTO R. RODRIGUEZ,            )
                                     )
18                                   )
              Defendant.             )
19  _____)

20

21      On February 28, 2007, the parties in this case appeared before the Court for a detention

22  hearing.  At that time, the parties requested and the Court agreed to continue the hearing to

23  March 14, 2007.  The parties further stipulated that pursuant to Federal Rule of Criminal

24  Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from February 28,

25  2007, to and including March 15, 2007.  The parties agree that – taking into account the public

26  interest in prompt disposition of criminal cases – good cause exists for this extension.  Defendant

27  also agrees to exclude for this period of time any time limits applicable under Title 18, United

28  States Code, Section 3161.  The parties represented that granting the continuance was the

Stipulation and [Proposed] Order

1  reasonable time necessary for continuity of defense counsel and effective preparation of defense

2  counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

3  The parties also agreed that the ends of justice served by granting such a continuance

4  outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §

5  3161(h)(8)(A).

6  SO STIPULATED:

7                                                    SCOTT N. SCHOOLS
                                                     Interim United States Attorney
8
            3/2/2007                                 /s/ Derek Owens
9  DATED: _____          _____
                                                     DEREK OWENS
10                                                   Special Assistant United States Attorney

11          3/14/2007                                /s/ Gayle Gutekunst
    DATED: _____          _____
12                                                   GAYLE GUTEKUNST
                                                     ROBERT M. AMPARAN
13                                                   Attorneys for Enrique Rodriguez

14

15      For the reasons stated above, the Court finds that an exclusion of time from  February 28,

16  2007, to and including March 15, 2007, is warranted and that the ends of justice served by the

17  continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18

18  U.S.C. §3161 (h)(8)(A); FRCP 5.1(d).  The failure to grant the requested continuance would

19  deny Mr. Rodriguez continuity of counsel and would deny defense counsel the reasonable time

20  necessary for effective preparation, taking into account the exercise of due diligence, and would

21  result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

22

23  SO ORDERED.

24  DATED:  April 6, 2007

                        IT IS SO ORDERED
                        Judge Maria-Elena James
25                      THE HONORABLE MARIA-ELENA JAMES
    United States Magistrate Judge

26

27

28

Stipulation and [Proposed] Order