SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 3-07-70083 MEJ |
|                                       ) | |
|         Plaintiff, ) | STIPULATION AND [PROPOSED] |
|                                       ) | ORDER CONTINUING HEARING |
|     v. ) | AND EXCLUDING TIME |
|                                       ) | |
| ERNESTO R. RODRIGUEZ, ) | |
|                                       ) | |
|         Defendant. ) | |

On May 4, 2007, the parties in this case appeared before the Court for a preliminary hearing. At that time, the parties requested and the Court agreed to continue the hearing to May 17, 2007. The parties hereby jointly and respectfully request the court to continue the hearing currently scheduled for May 17, 2007 to May 25, 2007 at 9:30 a.m. before the Honorable Elizabeth D. Laporte.

The parties further stipulate that pursuant to Federal Rule of Criminal Procedure (FRCP) 5.1(d), the time limits set forth in FRCP 5.1(c) be excluded from May 17, 2007 to and including May 25, 2007. The parties agree that – taking into account the public interest in prompt

1  disposition of criminal cases – good cause exists for this extension.  Defendant also agrees to
2  exclude for this period of time any time limits applicable under Title 18, United States Code,
3  Section 3161.  The parties represent that granting the continuance is the reasonable time
4  necessary for continuity of defense and government counsel and effective preparation of defense
5  and government counsel, taking into account the exercise of due diligence.  See 18 U.S.C. §
6  3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a
7  continuance outweighed the best interests of the public and the defendant in a speedy trial.  See
8  18 U.S.C. § 3161(h)(8)(A).
9  SO STIPULATED:

                                            SCOTT N. SCHOOLS
                                            United States Attorney

          5/16/2007                         /s/ Derek Owens
DATED: _____            _____
                                            DEREK OWENS
                                            Special Assistant United States Attorney

          5/16/2007                         /s/ Gayle Gutekunst
DATED: _____            _____
                                            GAYLE GUTEKUNST
                                            ROBERT M. AMPARAN
                                            Attorneys for Enrique Rodriguez

    For the reasons stated above, the Court orders the May 17, 2007 preliminary continued to
May 25, 2007 at 9:30 a.m. before the Honorable Elizabeth D. Laporte.  Also for the reasons
stated above, the Court finds that an exclusion of time from  May 17, 2007 to and including May
25, 2007, is warranted and that the ends of justice served by the continuance outweigh the best
interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A); FRCP
5.1(d).  The failure to grant the requested continuance would deny Mr. Rodriguez continuity of
counsel and would deny defense counsel the reasonable time necessary for effective preparation,
taking into account the exercise of due diligence, and would result in a miscarriage of justice.
See 18 U.S.C. §3161(h)(8)(B)(iv).
SO ORDERED.
DATED:_____            _____
                                            THE HON. NANDOR J. VADAS
                                            United States Magistrate Judge

Stipulation and [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order