AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

**BY:** ☐ COMPLAINT  ☑ INFORMATION  ☐ INDICTMENT  ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

### OFFENSE CHARGED

18 U.S.C., Section 2244(a)(2) - Abusive Sexual Contact (Class E Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

E-filing

**PENALTY:**
Maximum Prison Term of Three Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of One Year;
Mandatory Special Assessment of $100.

### DEFENDANT - U.S.

▶ ERNESTO R. RODRIGUEZ

**DISTRICT COURT NUMBER**

CR 07 0328

### DEFENDANT

**IS NOT IN CUSTODY**  MHP
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☑ Is on Bail or Release from (show District)

NORTHERN DISTRICT OF CALIFORNIA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of Institution _____

### PROCEEDING

**Name of Complaintant Agency, or Person (&Title, if any)**
UNITED STATES PARK POLICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
3-07-70083

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year _____

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

**Name and Office of Person Furnishing Information on THIS FORM** — SCOTT N. SCHOOLS
☑ U.S. Att'y  ☐ Other U.S. Agency

**Name of Asst. U.S. Att'y (if assigned)** DEREK R. OWENS

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☑ NO PROCESS*  ☐ WARRANT  Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1 | SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 MAY 25 AM 9:09
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**E-filing**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MHP

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ERNESTO R. RODRIGUEZ,<br><br>    Defendant. | CR 07 0328<br><br>VIOLATION: Title 18, United States Code, Section 2244(a)(2) - Abusive Sexual Contact (Class E Felony)<br><br>SAN FRANCISCO VENUE |

INFORMATION

The United States Attorney charges:

On or about February 13, 2007, in the Northern District of California, the defendant,

ERNESTO R. RODRIGUEZ,

knowingly caused another person to engage in sexual contact, as defined in 18 U.S.C. § 2246(3), with the defendant by threatening and placing that other person in fear, while within the special maritime and territorial jurisdiction of the United States, specifically, the Presidio Trust, an area

///

INFORMATION

1 | under exclusive federal jurisdiction, all in violation of Title 18, United States Code, Section
2 | 2244(a)(2), a Class E felony.

DATED: 5/24/07

SCOTT N. SCHOOLS
United States Attorney

MARK KROTOSKI
Chief, Criminal Division

(Approved as to form: _____)
DEREK R. OWENS
Special Assistant United States Attorney

INFORMATION