AO 455 (Rev. 12/03) Waiver of Indictment

# United States District Court

**FILED**
MAY 25 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Northern DISTRICT OF California

UNITED STATES OF AMERICA
V.
Ernesto R. Rodriguez

**WAIVER OF INDICTMENT**

CASE NUMBER: CR07-0328 MHP

I, __ERNESTO R. RODRIGUEZ__, the above named defendant, who is accused of

18 USC Section 3244(a)(2)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __5-25-07__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _____
_Judge_