1   SCOTT N. SCHOOLS (SCBN 9990)
    United States Attorney
2
    MARK KROTOSKI (CASBN 138549)
3   Chief, Criminal Division

4   DEREK R. OWENS (CASBN 230237)
    Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       derek.owens@usdoj.gov
8
    Attorneys for Plaintiff
9

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13
    UNITED STATES OF AMERICA,          )      CR No.: 07-0328 MHP
14                                      )
                                        )
15             Plaintiff,               )      STIPULATION AND [PROPOSED]
                                        )      ORDER CONTINUING HEARING
16      v.                              )      AND EXCLUDING TIME
                                        )
17   ERNESTO R. RODRIGUEZ,              )
                                        )
18                                      )
               Defendant.               )
19   _____)

20

21       On May 25, 2007, the government filed an Information charging Ernesto R. Rodriguez with

22   Abusive Sexual Contact, and the parties in this case appeared that same day before the Magistrate

23   Court for an arraignment and waiver of Indictment.  At that time, the Court set a date before the

24   Honorable Marilyn Hall Patel on Monday, June 4, 2007, at 10:00 a.m. for a trial setting.  The

25   parties in this case have worked diligently at coming to a pre-indictment resolution to this matter.

26   It is fully expected that a guilty plea will be entered at the next hearing, however it appears that

27   there are a few small points to iron-out.  The parties hereby jointly and respectfully request the

28   court to continue the hearing currently scheduled for June 4, 2007, at 10:00 a.m., to June 11,

2007, at 10:00 a.m., and set it for a change of plea hearing.  During this time counsel for the government will be unavailable, conducting a trial in Eureka, California that is scheduled to last from June 4, 2007 through June 8, 2007.

The parties further stipulate that time should be excluded from the Speedy Trial Act calculations from June 4, 2007, to and including June 11, 2007, pursuant to Title 18, United States Code, Section 3161.  The parties agree that – taking into account the public interest in prompt disposition of criminal cases – good cause exists for this extension.  The parties represent that granting the continuance is the reasonable time necessary for continuity of defense and government counsel and effective preparation of defense and government counsel, taking into account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).

SO STIPULATED:

                                          SCOTT N. SCHOOLS
                                          United States Attorney

                  5/29/2007               /s/ Derek Owens
DATED: _____                   _____
                                          DEREK OWENS
                                          Special Assistant United States Attorney

                  5/30/2007               /s/ Gayle Gutekunst
DATED: _____                   _____
                                          GAYLE GUTEKUNST
                                          ROBERT M. AMPARAN
                                          Attorneys for Enrique Rodriguez


For the reasons stated above, the Court orders the June 4, 2007 hearing for this matter continued to June 11, 2007, at 10:00 a.m. before the Honorable Marilyn Hall Patel.  Also for the reasons stated above, the Court finds that an exclusion of time from June 4, 2007, to and including June 11, 2007, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny the government and Mr. Rodriguez continuity of counsel and would deny defense counsel the reasonable time necessary

1  for effective preparation, taking into account the exercise of due diligence, and would result in a

2  miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

3  SO ORDERED.

4

5  DATED:_____                     _____
                                              THE HON. MARILYN HALL PATEL
6                                             United States District Court Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28