SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6488
    Fax: (415) 436-7234
    derek.owens@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No.: 07-0328 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND [PROPOSED] |
| ) | ORDER CONTINUING HEARING |
| v. ) | AND EXCLUDING TIME |
| ) | |
| ERNESTO R. RODRIGUEZ, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    On May 25, 2007, the government filed an Information charging Ernesto R. Rodriguez with Abusive Sexual Contact, and the parties in this case appeared that same day before the Magistrate Court for an arraignment and waiver of Indictment. At that time, the Court set a date before the Honorable Marilyn Hall Patel on Monday, June 4, 2007, at 10:00 a.m. for a trial setting. The parties in this case have worked diligently at coming to a pre-indictment resolution to this matter. It is fully expected that a guilty plea will be entered at the next hearing, however it appears that there are a few small points to iron-out. The parties hereby jointly and respectfully request the court to continue the hearing currently scheduled for June 4, 2007, at 10:00 a.m., to June ~~11~~ 18,

1  2007, at 10:00 a.m., and set it for a change of plea hearing.  During this time counsel for the
2  government will be unavailable, conducting a trial in Eureka, California that is scheduled to last
3  from June 4, 2007 through June 8, 2007.
4      The parties further stipulate that time should be excluded from the Speedy Trial Act
5  calculations from June 4, 2007, to and including June ~~11~~ 18, 2007, pursuant to Title 18, United
6  States Code, Section 3161.  The parties agree that – taking into account the public interest in
7  prompt disposition of criminal cases – good cause exists for this extension.  The parties represent
8  that granting the continuance is the reasonable time necessary for continuity of defense and
9  government counsel and effective preparation of defense and government counsel, taking into
10 account the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).  The parties also agree
11 that the ends of justice served by granting such a continuance outweighed the best interests of the
12 public and the defendant in a speedy trial.  See 18 U.S.C. § 3161(h)(8)(A).
13 SO STIPULATED:

14                                               SCOTT N. SCHOOLS
                                              United States Attorney
15
16 DATED: __5/29/2007__                /s/ Derek Owens
                                              _____
17                                               DEREK OWENS
                                              Special Assistant United States Attorney

18 DATED: __5/30/2007__                /s/ Gayle Gutekunst
19                                               GAYLE GUTEKUNST
20                                               ROBERT M. AMPARAN
                                              Attorneys for Enrique Rodriguez
21

22     For the reasons stated above, the Court orders the June 4, 2007 hearing for this matter
23 continued to June ~~11~~ 18, 2007, at 10:00 a.m. before the Honorable Marilyn Hall Patel.  Also for the
24 reasons stated above, the Court finds that an exclusion of time from June 4, 2007, to and
25 including June ~~11~~ 18, 2007, is warranted and that the ends of justice served by the continuance
26 outweigh the best interests of the public and the defendant in a speedy trial.  See 18 U.S.C. §3161
27 (h)(8)(A).  The failure to grant the requested continuance would deny the government and Mr.
28 Rodriguez continuity of counsel and would deny defense counsel the reasonable time necessary

Stipulation and [Proposed] Order

1  for effective preparation, taking into account the exercise of due diligence, and would result in a
2  miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).
3  SO ORDERED.

4  DATED: June 1, 2007



THE HON. MARILYN HALL PATEL
United States District Court Judge

Stipulation and [Proposed] Order