**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**CRIMINAL PRETRIAL MINUTES**

Date: June 18, 2007

Case No.   CR 07-0328  MHP            Judge:   MARILYN H. PATEL

Title:   UNITED STATES -v- ERNESTO RODRIQUEZ (b);

Attorneys:   Plf: Derek Owens
             Dft: Gayle Guternest

Deputy Clerk:  Anthony Bowser   Court Reporter: Sahar McVicker

**PROCEEDINGS**

1)  Status Conference

2)

3)

**ORDERED AFTER HEARING:**

Defendant present in court; Matter continued to 7/2/2007 at 10:00 am for Change of Plea hearing;