UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: July 2, 2007

Case No.  CR 07-0328 MHP          Judge: MARILYN H. PATEL

Title:  UNITED STATES -v- ERNESTO RODRIQUEZ (b);

Attorneys:  Plf: Derek Owens
            Dft: Robert Amparan for Gayle Guternest

Deputy Clerk: Anthony Bowser  Court Reporter: James Yeomans

PROCEEDINGS

1) Change of Plea Hearing

2) _____

3) _____

ORDERED AFTER HEARING:

Defendant present in court; Defendant advised of rights and charges, and waives further hearing; Defendant enters a guilty plea as to count(s) one of the information;

Matter referred to USPO for Presentence Report;

Judgment & Sentencing set for 10/1/2007 at 9:00 a.m.