FILED

2007 JUL 26 AM 11: 09

RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ERNESTO RODRIGUEZ,<br><br>Defendant. | No. CR 07-0328 MHP<br><br>ORDER EXONERATING BOND AND DIRECTING THE CLERK TO RECONVEY THE REAL PROPERTY [Proposed] |

**IT IS HEREBY ORDERED**

1. that the surety bond against the property known as 5025 Ranch Hollow Way, Antioch, CA, recorded on April 5, 2007, as Document No. 2007-0099826-00 in the Official Records of the County of Contra Costa, CA, which secured the presence of MR. RODRIGUEZ be exonerated, and

2. that the Clerk of the U.S. District Court of the Northern District of California reconvey the property forthwith. (A Full Reconveyance for the Clerk's signature like that required by General Order No. 55 is attached hereto and made a part hereof.)

//

//

//

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

1

Dated: July 26, 2007

JAMES LARSON, CHIEF
U.S. MAGISTRATE JUDGE

LAW OFFICES
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331

2

RECORDED AT THE REQUEST OF:
WHEN RECORDED RETURN TO:

Oswaldo and Claudia Escalante
5025 Ranch Hollow Way
Antioch CA 94531

## RECONVEYANCE OF DEED OF TRUST

The Clerk of the United States District Court for the Northern District of California, as Trustee under the Deed of Trust executed by OSWALDO ANTHONY ESCALANTE and CLAUDIA E. ESCALANTE, as Trustor, dated April 4, 2007, and recorded on April 5, 2007, as Document No. 2007-0099826-00, Official Records of the County of Contra Costa, California, having been requested in writing by the holder of the obligation(s) secured by said Deed of Trust, to reconvey this estate granted to the Trustee under said Deed of Trust, DOES HEREBY RECONVEY to the person(s) legally entitled thereto, without warranty, all the estate, title and interest acquired by the Trustee under said Deed of Trust.

Dated:

CLERK, UNITED STATES DISTRICT COURT

_____
RICHARD WIEKING