# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Docket Number: CR 07-0328-01 MHP |
| ) | |
| Ernesto R. Rodriguez ) | |
| ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for __October 1, 2007__ be continued until __December 3, 2007__ at __9:00 a.m.__ .

Date: 10/1/07

Marilyn Hall Patel
United States District Judge

NDC-PSR-009 12/06/04