1   GAYLE GUTEKUNST (CA #91826)
    Attorney at Law
2   506 Broadway
    San Francisco, CA  94133
3   (415) 986-5591

4   ROBERT AMPARAN (CA # 172132)
    Attorney at Law
5   861 Bryant Street
    San Francisco, CA  94103
6   (415) 431-1313

7   Attorneys for Defendant RODRIGUEZ

8

9                   UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
10                       SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,          )    CR No: 07-0328 MHP
                                       )
13              Plaintiff,             )    STIPULATION AND
                                       )    ~~PROPOSED~~ ORDER
14  vs.                                )    CONTINUING HEARING
                                       )    ON SENTENCING AND
15  ERNESTO RODRIGUEZ,                 )    JUDGMENT
                                       )
16              Defendant.             )
    _____)
17

18          Mr. RODRIGUEZ's hearing on judgment and sentencing is presently scheduled to take

19  place before this court on December 3, 20007, at 9:00 a.m.

20          On July 20, 2007, Mr. RODRIGUEZ entered a guilty plea to Count One of the

21  Information and the matter was referred to the United States Probation Office for a Presentence

22  Report.  Mr. RODRIGUEZ  was permitted to remain out of custody under the supervision of the

23  United States Probation Office.  At that time, his hearing on the judgment and sentencing was

24  scheduled for October 1, 2007.

25          On October 1, 2007, this court entered an order continuing the date of the hearing on the

26  judgment and sentence based on a motion by the United States Probation Office.  Accordingly,

27  the hearing was continued to December 3, 2007, at 9:00 a.m.

28          On November 13, 2007, defense counsel received a copy of the Probation Officer's

1  Presentence Report.  The defendant has not waived his right to minimum notice under Rule

2  32(e)(2).  Defense counsel respectfully submits that we cannot competently meet our

3  obligations under Rule 32 by the presently scheduled hearing date of December 3, 2007.

4         Therefore, the defendant respectfully requests that this court continue the hearing on

5  judgment and sentencing to **Monday, January 7, 2008, at 9:00 a.m.**  The Government has

6  graciously agreed to stipulate to this date.  Moreover, defense counsel has confirmed this date

7  with the assigned Probation Officer.

8         SO STIPULATED this 20th day of November 2007.

9  SCOTT N. SCHOOLS
   United States Attorney
10

11 /s/ DEREK OWENS                              /s/ GAYLE GUTEKUNST
   by DEREK OWENS                           GAYLE GUTEKUNST
12 Special Assistant United States Attorney     ROBERT M. AMPARÁN
                                            Attorneys for Defendant
13

14                              ORDER

15        For the reasons set forth above, the Court exercises its discretion under Rule 32(b)(2),

16 having found good cause for the continuance, and orders that the hearing on judgment and

17 sentencing in this matter be continued from December 3, 2007, at 9:00 a.m. to **Monday,**

18 **January 7, 2008, at 9:00 a.m**. before the Honorable Marilyn Hall Patel.

19        Dated:  11/21/2007

20

21                              _____

22                              MARILYN HALL PATEL
                                U.S. District Court Judge



23

24

25

26

27

28

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331