GAYLE GUTEKUNST (CA #91826)
Attorney at Law
506 Broadway
San Francisco, CA  94133
(415) 986-5591

ROBERT AMPARAN (CA # 172132)
Attorney at Law
861 Bryant Street
San Francisco, CA  94103
(415) 431-1313

Attorneys for Defendant RODRIGUEZ

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No: 07-0328 MHP |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ~~PROPOSED~~ ORDER |
| vs. ) | CONTINUING HEARING |
| ) | ON SENTENCING AND |
| ERNESTO RODRIGUEZ, ) | JUDGMENT |
| ) | |
| Defendant. ) | |

  Mr. RODRIGUEZ's hearing on judgment and sentencing is presently scheduled to take place before this court on December 3, 20007, at 9:00 a.m.

  On July 20, 2007, Mr. RODRIGUEZ entered a guilty plea to Count One of the Information and the matter was referred to the United States Probation Office for a Presentence Report.  Mr. RODRIGUEZ  was permitted to remain out of custody under the supervision of the United States Probation Office.  At that time, his hearing on the judgment and sentencing was scheduled for October 1, 2007.

  On October 1, 2007, this court entered an order continuing the date of the hearing on the judgment and sentence based on a motion by the United States Probation Office.  Accordingly, the hearing was continued to December 3, 2007, at 9:00 a.m.

  On November 13, 2007, defense counsel received a copy of the Probation Officer's

Presentence Report.  The defendant has not waived his right to minimum notice under Rule 32(e)(2).  Defense counsel respectfully submits that we cannot competently meet our obligations under Rule 32 by the presently scheduled hearing date of December 3, 2007.

Therefore, the defendant respectfully requests that this court continue the hearing on judgment and sentencing to **Monday, January 7, 2008, at 9:00 a.m.**  The Government has graciously agreed to stipulate to this date.  Moreover, defense counsel has confirmed this date with the assigned Probation Officer.

SO STIPULATED this 20th day of November 2007.

SCOTT N. SCHOOLS
United States Attorney

/s/ DEREK OWENS                              /s/ GAYLE GUTEKUNST
by  DEREK OWENS                              GAYLE GUTEKUNST
Special Assistant United States Attorney     ROBERT M. AMPARÁN
                                             Attorneys for Defendant

### ORDER

For the reasons set forth above, the Court exercises its discretion under Rule 32(b)(2), having found good cause for the continuance, and orders that the hearing on judgment and sentencing in this matter be continued from December 3, 2007, at 9:00 a.m. to **Monday, January 7, 2008, at 9:00 a.m**. before the Honorable Marilyn Hall Patel.

Dated:  11/21/2007



MARILYN HALL PATEL
U.S. District Court Judge

IT IS SO ORDERED
Judge Marilyn H. Patel

**LAW OFFICES**
506 BROADWAY
SAN FRANCISCO
(415) 986-5591
Fax: (415) 421-1331