01/07/2008 01:13 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
### U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|

Case No. DCAN306CR000328    US V DAVID AVERILL

| 001 | DAVID AVERILL | 6855XX | OVERPAYMENT | 0.30 | 0.00 | CT B090407DCAN306CR000328PR1982 | | PR | 0.30 | 09/04/2007 |
| 001 | DAVID AVERILL | 504100 | SPECIAL PENALTY ASSESSMENT | 300.00 | 0.00 | CT 34611009436 | 1 | | 251.00 | 08/15/2007 |
| 001 | DAVID AVERILL | 504100 | SPECIAL PENALTY ASSESSMENT | 300.00 | 0.00 | CT B090407DCAN306CR000328PR1982 | | PR | 49.00 | 09/04/2007 |

Sub-Total 300.00

Division Payment Total 300.30

Grand Total 300.30

$ 300.00  SPECIAL ASSESSMENT
PAID IN FULL    by  9/4/07

Page 1 of 1