UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

Date: January 7, 2008

Case No.   CR 07-0328 MHP          Judge:  MARILYN H. PATEL

Title:  UNITED STATES -v- ERNESTO RODRIQUEZ (b);

Attorneys:   Plf: Derek Owens
             Dft: Gayle Gutenkunst

Deputy Clerk: Anthony Bowser   Court Reporter: Lydia Zinn   USPO: Cheryl Simone

**PROCEEDINGS**

1) Judgment & Sentencing

2) _____

3) _____

**ORDERED AFTER HEARING:**

Defendant present in court; Counsel submit after further discussion of Presentence Report; Court adopts findings of fact and guideline calculations; Defendant sentenced as follows:

> Custody of 36 months BOP; TSR of 1 year with standard and special conditions of release as listed in Judgment & Commitment Order; Fine waived; S/A of $100, to be paid within 30 days; Court recommends placement of defendant in facility located near family residence;

Defendant remanded into immediate custody pursuant to motion by government.

