02/25/2008 03:04 PM EDT

Case Debt Type Payment Report
U.S. Courts

Version 7.0.1

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ERNESTO R. RODRIGUEZ | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 4461001845 | 1 | PR | 100.00 | 02/19/2008 |

Case No. DCAN307CR000328   US V RODRIGUEZ

Division Payment Total   100.00

Grand Total   100.00

$ 10.00 SPECIAL ASSESSMENT
PAID IN FULL   m  2/19/08

Page 1 of 1