02/27/2008 01:35 PM EDT

Version 7.0.1

## Case Debt Type Payment Report
## U.S. Courts

San Francisco

| Party # | Party Name | Fund | Debt Type | Total Owed | Current Outstanding | Document Type/Number | Actg Ln # | Payment Type | Payment Amount | Payment Date |
|---|---|---|---|---|---|---|---|---|---|---|
| 001 | ERNESTO R. RODRIGUEZ | 504100 | SPECIAL PENALTY ASSESSMENT | 100.00 | 0.00 | CT 4461001845 | 1 | PR | 100.00 | 02/19/2008 |

Case No. DCAN307CR000328    US V RODRIGUEZ

Division Payment Total     100.00

Grand Total     100.00

$100.00 SPECIAL ASSESSMENT
PAID IN FULL
on 2-19-08

Page 1 of 1